# NO. 12-08-00323-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *CASCADE PROPERTIES, LTD.,*<br>*APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *LISHA HOLCOMB,*<br>*SHERIF S. ISKANDER,*<br>*AND ADOPTION PROPERTIES, LP,*<br>*APPELLEES* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Cascade Properties, Ltd., has filed a motion to dismiss this appeal. In its motion, Cascade Properties states that the parties have reached a resolution of this dispute and no longer wish to pursue the appeal. Because Cascade Properties has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed.

Opinion delivered October 31, 2008.

*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)